■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES CUNNY, Appellant. [718 NYS2d 835] —Judgment, Supreme Court, Bronx County (Robert Straus, J.), rendered November 24, 1997, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the fifth degree and intimidating a victim or witness in the third degree, and sentencing him, as a second felony offender, to consecutive terms of 3½ to 7 years and 2 to 4 years, respectively, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis upon which to disturb the jury's determinations concerning credibility. Defendant's remaining contention is unpreserved and we decline to review it in the interest of justice. Were we to review it, we would find that the evidence established each of the elements beyond a reasonable doubt. Concur—Tom, J. P., Ellerin, Wallach, Lerner and Buckley, JJ.

■ DANIEL WEITZNER, Appellant, v 970 PARK AVENUE OWNERS CORP., Respondent. [718 NYS2d 255] —Order, Supreme Court, New York County (Lorraine Miller, J.), entered January 31, 2000, unanimously affirmed for the reasons stated by Miller, J., without costs or disbursements. No opinion. Concur—Tom, J. P., Ellerin, Wallach, Lerner and Buckley, JJ.